IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WILTON BURTON,

      Plaintiff,                       No. CIV S-07-0267 RRB EFB P

      vs.

HERNANDEZ, Warden, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 11, 2008, the court ordered plaintiff's complaint dismissed with leave to amend within 30 days. Plaintiff has not filed an amended complaint. Rather, in spite of the absence of a final judgment in this case, plaintiff filed on March 7, 2008 a document styled as a notice of appeal from the court's order dismissing the complaint but granting leave to amend. While it is for the Ninth Circuit to determine whether plaintiff's notice of appeal is defective under 28 U.S.C. § 1292, plaintiff will be afforded another opportunity to amend his complaint if that is his intent.

      Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an additional 30 days in which to file an amended complaint that comports with the court's October 9, 2007, and February 11, 2008, orders. Failure to file an amended complaint will result in a recommendation

1

1  this action be dismissed for failure to state a claim and that the dismissal be without further leave
2  to amend.
3  Dated: May 28, 2008.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE