IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WILTON BURTON,

    Petitioner,                             No. CIV S-07-0267 JAM EFB P

    vs.

HERNANDEZ, Warden, et al.,

    Respondents.                         ORDER

                                     /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.  On May 22, 2008, petitioner filed a request for reconsideration of the court's order filed April 8, 2008, denying his request for appointment of counsel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 8, 2008, is affirmed.

DATED: October 14, 2008

                                              /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE