1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**

8        **EASTERN DISTRICT OF CALIFORNIA**

9

10   ERIC WILTON BURTON,

11        Plaintiff,                                   Case No. 2:07-cv-0267-LDG

12   v.                                                **ORDER**

13   HERNANDEZ, WARDEN, *et al*.,

14        Defendants.

15

16        Plaintiff is a state prisoner without counsel prosecuting a civil rights action.  *See* 42

17   U.S.C. § 1983.  On October 9, 2007, the court dismissed the plaintiff's complaint as the

18   plaintiff had filed a motion to amend, denied plaintiff's motion to amend his complaint as

19   unnecessary because a plaintiff may amend his complaint once as of right at any time

20   before a responsive pleading is served, and further noted that the motion to amend was

21   defective as plaintiff failed to submit with it a proposed amended complaint.  The Court

22   instructed plaintiff regarding the requirements regarding an amended complaint, and

23   granted plaintiff leave to amend within 30 days.

24        On February 11, 2008, the court ordered plaintiff's complaint dismissed as illegible,

25   but granted plaintiff leave of 30 days to file an amended complaint, and again instructed

26   plaintiff regarding the requirement regarding an amended complaint.  Rather than filing an

1   amended complaint, the plaintiff filed an appeal that the Court of Appeals subsequently

2   denied for lack of jurisdiction.

3          On May 29, 2008, the court afforded the plaintiff a further 30 days' opportunity to file

4   an amended complaint that comports with the court's October 9, 2007, and February 11,

5   2008, orders.  Plaintiff did not timely file an amended complaint.

6          By document dated July 5, 2008, plaintiff moves for leave to file a first amended

7   complaint (#37).  As with his first motion for leave to file an amended complaint, the motion

8   is defective as plaintiff failed to submit with it a proposed amended complaint.  Accordingly,

9   for good cause shown,

10          THE COURT **ORDERS** that plaintiff's Motion for Leave to File First Amended

11   Complaint (#37) is DENIED as defective;

12          THE COURT **GRANTS** plaintiff leave to file, within 30 days, an amended complaint

13   that complies with the court's orders of October 9, 2007, and February 11, 2008.  Plaintiff

14   shall file an original and one copy of the amended complaint, which must bear the docket

15   number assigned to this case and be titled "First Amended Complaint."  Failure to file an

16   amended complaint may result in this action being dismissed without further leave to

17   amend for failure to state a claim.

18          THE COURT FURTHER **ORDERS** that plaintiff's Motion to Appoint Counsel (#45) is

19   DENIED.

20

21   DATED this _____ day of October, 2009.

22

23                                                          _____

24                                                          Lloyd D. George
                                                            United States District Judge

25

26

2