# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ERIC WILTON BURTON,

    Plaintiff,

v.

HERNANDEZ, WARDEN, *et al*.,

    Defendants.

Case No. 2:07-cv-00267-LDG

**ORDER**

For good cause shown,

THE COURT **ORDERS** that plaintiff's Motion for a Time Enlargement to File First Amended Complaint (#49) is GRANTED as follows: THE COURT **GRANTS** plaintiff leave to file, within 30 days, an amended complaint that complies with the court's orders of October 9, 2007, and February 11, 2008. Plaintiff shall file an original and one copy of the amended complaint, which must bear the docket number assigned to this case and be titled "First Amended Complaint." Failure to file an amended complaint may result in this action being dismissed without further leave to amend for failure to state a claim.

1  THE COURT FURTHER **ORDERS** that plaintiff's Motion for Summary Judgment
2  (#47) is DENIED.

4  DATED this _24_ day of March, 2011.

_____
Lloyd D. George
United States District Judge