# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ERIC WILTON BURTON,

    Plaintiff,

v.

HERNANDEZ, WARDEN, *et al*.,

    Defendants.

Case No. 2:07-cv-00267-LDG

**ORDER**

    Plaintiff Eric Burton has moved to voluntarily withdraw his complaint. Accordingly, for good cause shown,

    THE COURT **ORDERS** that Plaintiff's Motion to Withdraw His Complaint (#52) is GRANTED; This matter is CLOSED.

DATED this __8__ day of April, 2011.

_____
Lloyd D. George
United States District Judge